UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOUIS WAGGONER, I, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:23-CV-0700-X-BN |
| COMMUNITY LOAN SERVICING LLC, | § § § § | |
| *Defendant*. | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. [Docs. 17, 19]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 21st day of August, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE